IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARGERY NEWMAN, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:16-CV-03530 <br><br> Hon. Thomas M. Durkin |

**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant Metropolitan Life Insurance Company ("MetLife"), by and through its attorneys, Drinker Biddle & Reath LLP, and pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss the First Amended Complaint filed by Plaintiff Margery Newman. The grounds for MetLife's Motion are set forth in its contemporaneously filed Memorandum of Law.

Dated: July 29, 2016

Respectfully Submitted,

Metropolitan Life Insurance Company

By: /s/ Terri L. Ahrens
      One of its Attorneys

Terri L. Ahrens
Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
(312) 569-1416
Terri.Ahrens@dbr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2016, I provided service to the person or persons listed below by filing the same with the Court's ECF system:

**Robert R. Duncan**
Duncan Law Group, LLC
161 N. Clark, Suite 2550
Chicago, IL 60601
(312) 202-3283
Email: rrd@duncanlawgroup.com
*Lead Attorney for Plaintiff*

**Thomas Cusack Cronin**
Cronin & Co., Ltd.
161 N. Clark Street
Suite 2550
Chicago, IL 60606
312 201 7100
Email: tcc@cronincoltd.com
*Attorney for Plaintiff*

**Frank H Tomlinson**
Tomlinson Law, LLC
2100 First Avenue North, Suite 600
Birmingham, AL 35203
(205) 326-6626
Email: Hilton@tomlawllc.com
*Attorney for Plaintiff*