# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARGERY NEWMAN, and all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>               Defendant. | Case No. 1:16-CV-03530<br><br>Hon. Thomas M. Durkin |

## NOTICE OF MOTION

**To:** All Counsel of Record

     **PLEASE TAKE NOTICE** that on August 3, 2016 at 9:00 a.m, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Thomas M. Durkin in Courtroom 1441 of the Everett McKinley Dirksen, United States Courthouse, 2019 South Dearborn Street, Chicago, Illinois, and present ***Defendant Metropolitan Life Insurance Company's Motion to Dismiss First Amended Complaint***, a copy of which is hereby served upon you.

Dated: July 29, 2016

                                                               Respectfully Submitted,

                                                               Metropolitan Life Insurance Company

                                                               By: /s/ Terri L. Ahrens
                                                                         One of its Attorneys

Terri L. Ahrens
Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
(312) 569-1416
Terri.Ahrens@dbr.com

Michael D. Rafalko, *pro hac vice*
Stephen A. Serfass, *pro hac vice*
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-1186
Michael.Rafalko@dbr.com
Stephen.Serfass@dbr.com

Sheldon Eisenberg, *pro hac vice*
Drinker Biddle & Reath LLP
1800 Century Park East, Ste. 1500
Los Angeles, CA 90067
(310) 203-4035
Sheldon.Eisenberg@dbr.com

## **CERTIFICATE OF SERVICE**

  I, Terri L. Ahrens, an attorney, hereby certify that on July 29, 2016, I provided service to the person or persons listed below by filing the same with the Court's ECF system:

                /s/ Terri L. Ahrens

**Robert R. Duncan**
Duncan Law Group, LLC
161 N. Clark, Suite 2550
Chicago, IL 60601
(312) 202-3283
Email: rrd@duncanlawgroup.com
*Lead Attorney for Plaintiff*

**Thomas Cusack Cronin**
Cronin & Co., Ltd.
161 N. Clark Street
Suite 2550
Chicago, IL 60606
312 201 7100
Email: tcc@cronincoltd.com
*Attorney for Plaintiff*

**Frank H Tomlinson**
Tomlinson Law, LLC
2100 First Avenue North, Suite 600
Birmingham, AL 35203
(205) 326-6626
Email: Hilton@tomlawllc.com
*Attorney for Plaintiff*