UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGERY NEWMAN, and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:16-cv-03530<br><br>Hon. Thomas M. Durkin |

### NOTICE OF MOTION

To:     Terri L. Ahrens                      Sheldon Eisenberg
         Drinker Biddle & Reath LLP       Drinker Biddle & Reath LLP
         191 North Wacker Drive            1800 Century Park East
         Suite 3700                                 Suite 1500
         Chicago, Illinois 60606-1698       Los Angeles, California 90067

         Michael D. Rafalko
         Stephen A. Serfass
         Drinker Biddle & Reath LLP
         One Logan Square
         Suite 2000
         Philadelphia, Pennsylvania 19103-6996

      PLEASE TAKE NOTICE that on September 12, 2016, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Thomas M. Durkin, in Courtroom 1441 of the Everett McKinley Dirksen, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT IN EXCESS OF FIFTEEN PAGES,** a true and correct copy of which is attached hereto and served upon you.

DATED: August 31, 2016  Respectfully submitted,

Margery Newman
By: ___/s/*Thomas C. Cronin*_____
One of her Attorneys

Thomas C. Cronin
CRONIN & CO., LTD.
161 North Clark Street
Suite 2550
Chicago, Illinois 60601
T: 312.201.7100

### CERTIFICATE OF SERVICE

To: Terri L. Ahrens  Sheldon Eisenberg
Drinker Biddle & Reath LLP  Drinker Biddle & Reath LLP
191 North Wacker Drive  1800 Century Park East
Suite 3700  Suite 1500
Chicago, Illinois 60606-1698  Los Angeles, California 90067

Michael D. Rafalko
Stephen A. Serfass
Drinker Biddle & Reath LLP
One Logan Square
Suite 2000
Philadelphia, Pennsylvania 19103-6996

The undersigned hereby certifies that on this 31st day of August, 2016, he caused a true and correct copy of the foregoing Notice of Motion and Plaintiff's Unopposed Motion For Leave To File *Instanter* Response In Opposition To Defendant's Motion To Dismiss Plaintiff's First Amended Complaint In Excess Of Fifteen Pages, to be served upon the persons listed above via the Court's Electronic Filing System.

___/s/ *Thomas C. Cronin*___
Thomas C. Cronin