

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARGERY NEWMAN, and all others similarly situated, | |
| Plaintiff, | |
| LINDA MORRIS, KEVIN MORRIS, and MARSHA DONALDSON, on behalf of themselves and all others similarly situated, | Case No. 1:16-cv-03530<br><br>Hon. Thomas M. Durkin |
| Plaintiffs-Intervenors, | |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

## FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS

WHEREAS, Plaintiff, Margery Newman, Plaintiffs-Intervenors, Linda Morris, Kevin Morris, and Marsha Donaldson, and Defendant, Metropolitan Life Insurance Company, (collectively the "Parties") have reached a settlement and compromise of the claims in the above-captioned matter, which is embodied in the Settlement Agreement filed with the Court; and

WHEREAS, the Parties have applied to the Court for final approval of the proposed Settlement, the terms and conditions of which are set forth in the Settlement Agreement; and

WHEREAS, the capitalized terms herein shall have the same meaning as in the Settlement Agreement;

WHEREAS, on February 20, 2020, the Court conducted a Fairness Hearing at which no objectors appeared and no objections having been filed;

NOW, THEREFORE, the Court having conducted a Fairness Hearing, and having reviewed and considered the Settlement Agreement and the Unopposed Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Expenses and Incentive Awards, IT IS HEREBY ORDERED AS FOLLOWS:

1. For the reasons set forth on the record at the Fairness Hearing on February 20, 2020, and as provided in the motions and related papers filed by Class Counsel in support of Final Approval, the Court approves the Settlement as fair, reasonable, and adequate to the Settlement Class.

2. Again, for the reasons set forth on the record, the Court finds that the requirements of Federal Rule of Civil Procedure 23 are satisfied, including requirements for the existence of numerosity, typicality, commonality, adequacy of representation, manageability and ascertainability of the Settlement Class.

3. The Court finds that Plaintiff, Margery Newman, and Plaintiffs-Intervenors, Linda Morris, Kevin Morris, and Marsha Donaldson, fairly and adequately represent and protect the interests of the absent Class Members in accordance with Federal Rule of Civil Procedure 23.

4. The Court finds that Class Counsel, Robert R. Duncan, Thomas C. Cronin, and Frank H. Tomlinson, fairly and adequately represent and protect the interests of the absent Class Members in accordance with Federal Rule of Civil Procedure 23.

5. For the reasons stated on the record, and as provided in the motions and related papers filed by Class Counsel, the Court finds that the award of attorneys' fees and expenses, as requested in Class Counsel's Motion for Attorneys' Fees, Expenses, and Incentive Awards (Docs. 154 and 155), is reasonable and appropriate. Such award of fees, expenses, and incentive awards shall not be paid prior to the payments made to the class members.

6. The Court adopts, approves, and incorporates herein the terms of the Settlement Agreement, except as modified solely by this Order, for the reasons set forth on the record. A copy of the Stipulation of Settlement is attached hereto as ***Exhibit A***. As a result, all of the Settlement Class's claims as set forth in the Third Amended Complaint in this action, including the claims of Plaintiff Margery Newman and Plaintiffs-Intervenors Linda Morris, Kevin Morris, and Marsha Donaldson, are dismissed with prejudice and without costs and fees except as specifically provided for in paragraph 5 above. In addition, Releasors are (i) hereby deemed to have fully, finally, and forever released, waived, discharged, and abandoned any and all Released Claims against Releasees and (ii) permanently barred and enjoined from filing, prosecuting, continuing, and participating or intervening in any action against Releasees asserting any/or all Released Claims.

7. The Court retains jurisdiction to enforce the terms of this Order and the Stipulation of Settlement.

IT IS SO ORDERED.

ENTERED:

_(signature)_

Honorable Thomas M. Durkin
United States District Judge

Dated: February 20, 2020